■ NORMAN F. NAWROCKI, JR., Appellant, v MICHAEL TADIC et al., Respondents. (Appeal No. 1.) [608 NYS2d 137] — Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, D'Amico, J. (Appeal from

■■■■■■■■■

Judgment of Supreme Court, Erie County, D'Amico, J.—Dissolution of Partnership.) Present—Callahan, J. P., Green, Balio, Lawton and Boehm, JJ.